UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL GILLETTE, JR., | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:06-CV-918 (CEJ) |
| CITY OF WELLSTON, | ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to provide Rule 26 disclosures [#17] is **granted**. Plaintiff and defendant must provide the disclosures mandated by Rule 26(a)(1), Federal Rules of Civil Procedure, no later than **January 3, 2007.**

All other deadlines set forth in the Case Management Order remain in effect.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2006.